**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mary J. Sticha,

Plaintiff,

vs.

Attention, LLC,
a Georgia limited liability corporation,

Defendant.

Civil File No.: 02-CV-278 (PAM/RLE)

**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

---

**STIPULATION**

**WHEREAS,** Plaintiff served Defendant Attention, LLC, with a Summons and Complaint in this case on or about January 31, 2002; and

**WHEREAS,** Defendant's responsive pleading is due under the Federal Rules of Civil Procedure on or about February 20, 2002; and

**WHEREAS,** Defendant has requested, and Plaintiff has agreed to an extension of time within which Defendant may respond by motion or answer to Plaintiff's Complaint to allow the parties to informally consider this matter and explore settlement.

**NOW THEREFORE,** it is hereby stipulated and agreed by all parties that Defendant shall have until March 8, 2002, by which to move, answer, or otherwise respond to Plaintiff's Complaint, subject to approval of the District Court.

FILED MAR 08 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK J.H.

DATED: February 20, 2002

Eric L. Crandall, Esq.
Attorney for Plaintiff
275 South Third Street
Suite 101
Stillwater, MN 55082
(651) 430-8187
MN Atty. Lic. No. 189492

DATED: February 28, 2002

Michael A. Klutho, Esq.
Attorney for Defendant
Bassford, Lockhart, Truesdell & Briggs
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612)333-3000
MN Atty. Lic. No. 186302

**ORDER**

In accordance with the foregoing Stipulation, Defendant shall have until March 8, 2002, by which to move or answer in response to Plaintiff's Complaint.

**BY THE COURT:**

DATED: 3/8/02

Raymond L. Erickson
United States Magistrate Judge