**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Mary J. Sticha,

Plaintiff,

vs.

Attention, LLC,
a Georgia limited liability corporation,

Defendant.

**Civil File No. 02 CV-278 PAM/RLE**

**STIPULATION OF DISMISSAL AND ORDER FOR JUDGMENT**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: October 9, 2002

By ______________________
Eric Crandall (License #189492)
Attorneys for Plaintiff
275 South Third Street, Suite 101
Stillwater, MN 55082
(651) 430-8187

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 9/30/02

By ______________________

Michael A. Klutho (License #186302)
Attorneys for Defendant
33 South Sixth Street, Suite 3550
Minneapolis, Minnesota 55402-3787
(612) 333-3000

**ORDER FOR JUDGMENT OF DISMISSAL**

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT**

Dated: October 10, 2002

______________________

Paul A. Magnuson
Judge of United States District Court